1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WBN 0722)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   Assistant United States Attorney
5
   ANDREW KLINE (DCBN 441845)
6  Trial Attorney, U.S. Department of Justice

7      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
8      Telephone: (415) 436-6774
       Fax: (415) 436-7234
9
   Attorneys for the United States
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, ) | No. CR 05-00395 JSW |
| 15 | Plaintiff, ) ) | UNITED STATES' MOTION TO CORRECT ARREST WARRANT FOR EUGENE YI AND [PROPOSED] ORDER |
| 16 | v. ) YOUNG JOON YANG, aka Yang, ) WU SANG NAH, aka Kang ) | |
| 17 | SUNG YONG KIM, aka Nam, aka ) Mr. Kim, ) | |
| 18 | HANG JOE YOON, aka Mr. Lee, ) MYONG SU AHN, aka Paula Lee, ) | |
| 19 | NAM YOUNG LEE, ) FRED A. FRAZIER, ) | |
| 20 | TRONG DU NGUYEN, aka John ) AHDI M. NASHASHIBI, ) | |
| 21 | YOUNG JOO LEE, ) MIN YOUNG BANG, ) | |
| 22 | IN SEUNG KIM, ) SEYUN KIM, ) | |
| 23 | EUGENE YI, ) CHANG SOO YOUN, ) | |
| 24 | MO SOOK YANG, ) KEUN SUNG LEE, aka Kenneth, ) | |
| 25 | MYUNG JIN CHANG, ) WON SEOK YOO, ) | |
| 26 | JIMMY GONG YAN LEE, ) AESUN KIM, aka Mami, ) | |
| 27 | HYEON J. PARK, ) ANTHONY GAR LAU, ) | |
| 28 | MI YOUNG SIM, aka Jackie, ) KUM PAE YI, ) HAN LEE, ) ) | |

FILED
JUN 29 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYE CHA KIM, aka Kelly, <br> JIN AH KANG, <br> YON SUK PANG, aka Nana, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

On June 23, 2005, pursuant to the grand jury's return of an Indictment, an arrest warrant for defendant EUGENE YI issued, a copy of which is attached as Exhibit 1. However, because his last name was mis-spelled in that warrant (Eugene Li), the government requests that the Court withdraw that warrant and issue a no-bail arrest warrant in the proper name, EUGENE YI. Further, the government hereby moves the Court for an order sealing this motion, the associated Order, and the corrected arrest warrants until further order of the Court, except that the government may provide the arrest warrant to law enforcement as appropriate. The government believes that disclosure of the existence of the arrest warrant and this motion may jeopardize the progress of the ongoing investigation.

DATED: June 29, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
PETER B. AXELROD
Assistant United States Attorney

\\
\\
\\
\\
\\
\\
\\

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the arrest warrant for Eugene Li is withdrawn, and a no-bail arrest warrant for EUGENE YI shall issue. Further, the government's motion, this Order, and the arrest warrant shall be sealed until further order of the Court, except that the government may provide the arrest warrant to law enforcement as appropriate.

DATED: June 29, 2005

NANDOR VADAS
United States Magistrate Judge

1

Case3:05-cr-00395-JL   Document5   Filed06/29/05   Page4 of 6

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA

v.

YOUNG JOON YANG (aka YANG), et al.

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: (UNDER SEAL)

**CR 05 00395 JSW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Eugene Li_
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Mann Act Conspiracy
Conspiracy to Use Facility in Aid of Unlawful Activity

in violation of Title __18__ United States Code, Section(s) _371, 2421; 18 U.S.C. § 371, 1952_

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE

Date and Location: San Francisco, CA  6-23-05

Bail fixed at $ _No Bail_   by _MARIA-ELENA JAMES_
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF
BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY
NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____