1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WBN 0722)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   Assistant United States Attorney
5
   ANDREW KLINE (DCBN 441845)
6  Trial Attorney, U.S. Department of Justice

7        450 Golden Gate Avenue, 11th Floor
         San Francisco, California 94102
8        Telephone: (415) 436-6774
         Fax: (415) 436-7234
9
   Attorneys for the United States
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,        )    No. CR 05-00395 JSW
14                                   )
        Plaintiff,                   )    UNITED STATES' MOTION TO
15                                   )    CORRECT ARREST WARRANT FOR
        v.                           )    EUGENE YI AND [PROPOSED]
16  YOUNG JOON YANG, aka Yang,       )    ORDER
    WU SANG NAH, aka Kang            )
17  SUNG YONG KIM, aka Nam, aka      )
       Mr. Kim,                      )
18  HANG JOE YOON, aka Mr. Lee,      )
    MYONG SU AHN, aka Paula Lee,     )
19  NAM YOUNG LEE,                   )
    FRED A. FRAZIER,                 )
20  TRONG DU NGUYEN, aka John        )
    AHDI M. NASHASHIBI,              )
21  YOUNG JOO LEE,                   )
    MIN YOUNG BANG,                  )
22  IN SEUNG KIM,                    )
    SEYUN KIM,                       )
23  EUGENE YI,                       )
    CHANG SOO YOUN,                  )
24  MO SOOK YANG,                    )
    KEUN SUNG LEE, aka Kenneth,      )
25  MYUNG JIN CHANG,                 )
    WON SEOK YOO,                    )
26  JIMMY GONG YAN LEE,              )
    AESUN KIM, aka Mami,             )
27  HYEON J. PARK,                   )
    ANTHONY GAR LAU,                 )
28  MI YOUNG SIM, aka Jackie,        )
    KUM PAE YI,                      )
    HAN LEE,                         )
                                     )

FILED
JUN 2 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3 | HYE CHA KIM, aka Kelly, )
JIN AH KANG, )
4 | YON SUK PANG, aka Nana, )

Defendants. )

5 _____ )

6      On June 23, 2005, pursuant to the grand jury's return of an Indictment, an arrest warrant for

7 defendant EUGENE YI issued, a copy of which is attached as Exhibit 1.  However, because his

8 last name was mis-spelled in that warrant (Eugene Li), the government requests that the Court

9 withdraw that warrant and issue a no-bail arrest warrant in the proper name, EUGENE YI.

10 Further, the government hereby moves the Court for an order sealing this motion, the associated

11 Order, and the corrected arrest warrants until further order of the Court, except that the

12 government may provide the arrest warrant to law enforcement as appropriate.  The government

13 believes that disclosure of the existence of the arrest warrant and this motion may jeopardize the

14 progress of the ongoing investigation.

15

16 DATED: June 29, 2005                    Respectfully submitted,

17

18                                         KEVIN V. RYAN
                                           United States Attorney
19

20                                         _____

21                                         PETER B. AXELROD
                                           Assistant United States Attorney
22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

1

## **ORDER**

2      Based upon the motion of the government and for good cause shown, IT IS HEREBY

3  ORDERED that the arrest warrant for Eugene Li is withdrawn, and a no-bail arrest warrant for

4  EUGENE YI shall issue.  Further, the government's motion, this Order, and the arrest warrant

5  shall be sealed until further order of the Court, except that the government may provide the arrest

6  warrant to law enforcement as appropriate.

7

8

9  DATED: June 29, 2005

10                                        NANDOR VADAS
                                          United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**NORTHERN** _____ **DISTRICT OF** CALIFORNIA _____

UNITED STATES OF AMERICA

v.

YOUNG JOON YANG (aka YANG), et al.

**Defendant.**

**WARRANT FOR ARREST**

CASE NUMBER:  (UNDER SEAL)

To: The United States Marshal
    and any Authorized United States Officer

# CR  05  00395  JSW

YOU ARE HEREBY COMMANDED to arrest _____ Eugene Li _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Mann Act Conspiracy
Conspiracy to Use Facility in Aid of Unlawful Activity

in violation of
Title _____ 18 _____ United States Code, Section(s) 371, 2421; 18 U.S.C. § 371, 1952

| | |
|---|---|
| Name of Issuing Officer | MARIA-ELENA JAMES |
| | UNITED STATES MAGISTRATE JUDGE |
| Signature of Issuing Officer | Title of Issuing Officer |
| | Date and Location    6-23-05 |

Bail fixed at  No Bail
$ _____  by _____ **MARIA-ELENA JAMES** _____
                                        Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| at | | |
| | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF
BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY
NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____