KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0395 CRB |
|       Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 7, 2006 TO SEPTEMBER 11, 2006 UNDER THE SPEEDY TRIAL ACT |
|       v. ) | |
| EUGENE YI, ) | |
|       Defendant. ) | |

The parties hereby stipulate as follows:

1. On June 7, 2006, the parties appeared before the Court, and the Court set a September 11, 2006 trial date for this matter.

2. The parties agree that the time between June 7, 2006 and September 11, 2006 should be excluded from the Speedy Trial clock. Previously, the Court declared this case complex. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(ii). Further, defense counsel is continuing to review the discovery in this case, which exceeds 50,000 pages, and includes numerous Korean language documents and call transcripts. Additionally, the government expects to provide numerous additional boxes of discovery, which defense counsel will need to review to prepare for trial.

Thus, the parties agree that a continuance is necessary for the effective preparation of defense

counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by excluding the period from June 7, 2006 to September 11, 2006 outweigh the interest of the public and the defendant in a Speedy Trial. <u>See id.</u> § 3161(h)(8)(A).

STIPULATED:

| | |
|---|---|
|    June 21, 2006<br>DATE | /S/  PETER B. AXELROD<br>PETER B. AXELROD<br>LAUREL BEELER<br>Assistant United States Attorneys |
|    June 20, 2006<br>DATE | /S/  MICHAEL HINCKLEY<br>MICHAEL HINCKLEY<br>Attorney for Eugene Yi |

## **ORDER**

For good cause shown, with the agreement of the parties, and for the reasons stated above, the Court orders time excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from June 7, 2006, to September 11, 2006. The Court finds that the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence. Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii). Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

IT IS SO ORDERED.

DATED:  June 21, 2006

CHARLES R. BREYER
United States



ORDER
CR 05-0395 CRB