KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0395 CRB |
| | ) | |
|     Plaintiff, | ) | <u>REQUEST, STIPULATION AND ORDER</u> |
| | ) | |
|   v. | ) | |
| | ) | |
| EUGENE YI, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    This matter is currently on the Court's calendar for July 26, 2006.  Through counsel, defendant Eugene Yi and the United States ask the Court to vacate the July 26, 2006 date based on the defendant's anticipated change-of-plea and set a date of August 16, 2006, for the change-of-plea.

    1.  The parties have an agreement in principle and are in the process of working out the language of a plea agreement for approval.  The parties require additional time to finalize the documents.

\\

\\

ORDER
CR 05-0395 CRB          1

1    2.  Previously, the Court excluded time until September 11, 2006, and thus there are no Speed

2   Trial issues.

3

4   STIPULATED:

5

6   __July 25, 2006_____    /S/____PETER B. AXELROD___
    DATE                                     PETER B. AXELROD
7                                            LAUREL BEELER
                                             Assistant United States Attorneys

8

9   __July 25, 2006_____    /S/__MICHAEL HINCKLEY____
    DATE                                     MICHAEL HINCKLEY
10                                           Attorney for Eugene Yi

11

12                              **<u>ORDER</u>**

13       For good cause shown, with the agreement of the parties, and for the reasons stated above,

    the Court vacates the July 26, 2006 hearing and sets the matter for change-of-plea on August 16,

14  2006, at 2:15 p.m.

15       IT IS SO ORDERED.

16

17

18  DATED:__July 26, 2006_____
                                             CHARLES R. BREYER
19                                           United States District Judge

20

21

22

23

24

25

26

27

28

ORDER
CR 05-0395 CRB                    2