KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0395 CRB |
|    Plaintiff, ) | REQUEST, STIPULATION AND ORDER |
|    v. ) | |
| EUGENE YI, ) | |
|    Defendant. ) | |

   This matter is currently on the Court's calendar for August 30, 2006.  Through counsel, defendant Eugene Yi and the United States ask the Court to (a) vacate the August 30, 2006 date based on the defendant's anticipated change-of-plea; (b) set a date of September 27, 2006, for the change-of-plea; and (c) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from August 30, 2006, to September 27, 2006.

   1.  The parties have an agreement in principle and are in the process of working out the language of a plea agreement for approval.  The parties require additional time to finalize the documents.

   2.  The parties agree that the time between August 30, 2006 and September 27, 2006 should

ORDER
CR 05-0395 CRB                          1

1  be excluded from the Speedy Trial clock.  Previously, the Court has declared this case complex.
2  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(ii).  Defense counsel needs time to review the materials with the
3  defendant, and counsel for the government is out of district and thus unavailable for the first two
4  weeks in September.  These matters need a short amount of time to be resolved, and thus the
5  parties agree that a continuance is necessary for the effective preparation of defense counsel,
6  taking into account the exercise of due diligence, and based on continuity of counsel.  <u>See</u> 18
7  U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by excluding
8  the period from August 30, 2006 to September 27, 2006 outweigh the interest of the public and
9  the defendant in a Speedy Trial.  <u>See</u> <u>id.</u> § 3161(h)(8)(A).

STIPULATED:

8/29/06                                              /s/ PETER B. AXELROD
―――――――――――――――――――――――――――――――――
DATE                                                  PETER B. AXELROD
                                                      LAUREL BEELER
                                                      Assistant United States Attorneys


8/29/06                                              /s/ MICHAEL HINCKLEY
―――――――――――――――――――――――――――――――――
DATE                                                  MICHAEL HINCKLEY
                                                      Attorney for Eugene Yi

**ORDER**

For good cause shown, and for the reasons stated above, the Court (a) vacates the August 30, 2006, hearing date for defendant Eugene Yi based on the anticipated plea agreement, (b) sets the matter for change-of-plea on September 27, 2006, at 2:15 p.m., and (c) excludes times under the Speedy Trial Act, 18 U.S.C. § 3161, from August 30, 2006, to September 27, 2006.  The Court finds that the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel.  Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii).  Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore

ORDER
CR 05-0395 CRB                                    2

1  concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A),
2  (h)(8)(B)(ii) and (h)(8)(B)(iv).
3      IT IS SO ORDERED.
4
5  DATED:__August 29, 2006_                    _____
6                                              CHARLES R. BREYER
                                               United States District Judge
7
8
9
10
11
12



ORDER
CR 05-0395 CRB                                  3