STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
EUGENE YI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-0395 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: EXONERATING THE BOND AND RELEASING PASSPORT |
| vs. | |
| EUGENE YI, | |
| Defendant. | |

Defendant EUGENE YI, by and through his counsel Michael Hinckley and Assistant United States Attorney Peter B. Axelrod, hereby stipulate and agree that the bond in the above-entitled matter be exonerated and the defendant's passport be released. Good cause exists for granting this order since the defendant has enter a plea of guilty and has been sentenced.

IT IS SO STIPULATED.

Dated:     2/15/08         .        /s/
                                    MICHAEL L. HINCKLEY
                                    Attorney for Defendant
                                    EUGENE YI


Dated:     2/15/08         .        /s/
                                    PETER B. AXELROD
                                    Assistant United States Attorney

- 1 -

**ORDER**

Pursuant to stipulation, the bond in the above-entitled matter is exonerated and the defendant's passport is ordered released and returned to the defendant.

**IT IS SO ORDERED.**

Dated: __April 09, 2008__           .



Honorable Charles R. Breyer
United States District Judge

- 2 -